Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 14−19424−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barclay S Rogers                      Louise Rogers
   41 Oak Lane                            41 Oak Lane
   Trenton, NJ 08618                 Trenton, NJ 08618

Social Security No.:
   xxx−xx−1771                          xxx−xx−3177

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 18, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: October 18, 2016
JJW: dmi

                                                                     James J. Waldron
                                                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                            Case No. 14-19424-KCF
Barclay S Rogers                                                  Chapter 13
Louise Rogers
         Debtors               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Oct 18, 2016
                              Form ID: 148                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
db/jdb         +Barclay S Rogers,    Louise Rogers,    41 Oak Lane,    Trenton, NJ 08618-4001
514776326       A-1 Collection SVC,    P.O. Box 7387,    West Trenton, NJ 08628-0387
514776327       ACI,   35A Rust Lane,    Boerne, TX 78006-8202
514776329      +American Servicing Co.,    P.O. Box 1820,    Newark, NJ 07101-1820
514776334     #+CBE Group,    Payment Processing Center,    P.O. Box 2594,    Waterloo, IA 50704-2594
514776335       CH Radiation Oncology Service,    P.O. Box 8500-7882,    Philadelphia, PA 19178-7882
514776332       Capital Health Advanced Imaging,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
514776333      +Capital Health Regional,    Medical Center,    P.O. Box 785841,    Philadelphia, PA 19178-5841
514776336      #Citifinancial,    P.O. Box 183172,    Columbus, OH 43218-3172
515029899      +Deutsche Bank National Trust Company, as Trustee f,     c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514776337      +Dr. Iradj, MD,    40 Fuld Street, Suite 402,    Trenton, NJ 08638-5247
514776338      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
514776345       Processing Center,    P.O. Box 2594,    Waterloo, IA 50704-2594
514776349      +TD Bank,   c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514776351       Verlzon,    P.O. Box 920041,    Dallas, TX 75392-0041
514776352     #+Zucker Goldberg Ackerman,    200 Sheffield Street,    Suite 301,    P.O. Box 1024,
                 Mountainside, NJ 07092-0024
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2016 23:57:37      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2016 23:57:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Oct 18 2016 23:33:00      America’s Servicing Company,   ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr             +EDI: DRIV.COM Oct 18 2016 23:33:00      Santander Consumer USA Inc.,   PO Box 961245,
                 Fort Worth, TX 76161-0244
514796336      +EDI: LTDFINANCIAL.COM Oct 18 2016 23:33:00      Advantage Assets II, Inc.,
                 7322 Southwest Frwy., Ste. 1600,    Houston, TX 77074-2134
514776328       EDI: GMACFS.COM Oct 18 2016 23:33:00      Ally Financial,   P.O. Box 380902,
                 Bloomington, MN 55438-0902
514803958       EDI: GMACFS.COM Oct 18 2016 23:33:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
514796550       EDI: AIS.COM Oct 18 2016 23:33:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514776330      +EDI: WFFC.COM Oct 18 2016 23:33:00      American Servicing Company,   101 North Phillips Avenue,
                 Sioux Falls, SD 57104-6738
514928763       EDI: CAPITALONE.COM Oct 18 2016 23:33:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
514906277      +EDI: JEFFERSONCAP.COM Oct 18 2016 23:33:00      Collecto Us Asset Managemnt, Inc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
514776339       EDI: WFNNB.COM Oct 18 2016 23:33:00      Fashion Bug,   P.O. Box 659728,
                 San Antonio, TX 78265-9728
514776341      +E-mail/Text: ahamilton@hillcrestdavidson.com Oct 18 2016 23:57:20
                 Hillcrest, Davidson & Associates,    715 N. Glenville Drive, Suite 450,
                 Richardson, TX 75081-2898
514776342       EDI: LTDFINANCIAL.COM Oct 18 2016 23:33:00      LTD Financial Services, LP,   P.O. Box 630769,
                 Houston, TX 77263-0769
514776344      +EDI: MID8.COM Oct 18 2016 23:33:00      Midland Credit Management, Inc,   8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
515747931       EDI: RECOVERYCORP.COM Oct 18 2016 23:33:00      Orion,   c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
514788852       EDI: Q3G.COM Oct 18 2016 23:33:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
514776347       EDI: RMCB.COM Oct 18 2016 23:33:00      RMCB,   P.O. Box 1235,   Elmsford, NY 10523-0935
514902314       EDI: DRIV.COM Oct 18 2016 23:33:00      Santander Consumer USA,   P.O. Box 560284,
                 Dallas, TX 75356-0284
514776348       EDI: DRIV.COM Oct 18 2016 23:33:00      Santander Consumer USA,   P.O. Box 105255,
                 Atlanta, GA 30348-5255
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee f
514776331       CACH, LLC
514776346       Quality Asset Recovery
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Oct 18, 2016
                              Form ID: 148             Total Noticed: 36

515271632*     +American Servicing Company,   101 North Phillips Avenue,   Sioux Falls, SD 57104-6738
514776340*     +Fashion Bug,   P.O. Box 659728,   San Antonio, TX 78265-9728
514776343     ##MDR Diagnostics,   816 w Route 130,   Burlington, NJ 08016-1267
514776350    ##+Security Networks,   3223 Commerce Place,   Suite 101,   West Palm Beach, FL 33407-1917
                                                                               TOTALS: 3, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Fremont Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Fremont Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Thomas S. Onder    on behalf of Debtor Barclay S Rogers tonder@stark-stark.com
          Thomas S. Onder    on behalf of Joint Debtor Louise    Rogers tonder@stark-stark.com
                                                                                              TOTAL: 7
```