UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on October 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Barclay S Rogers
Louise Rogers

Debtor(s)

CHAPTER 13 CASE NO. 14-19424 / KCF

Hearing Date:  October 17, 2016   9:00 am

Honorable Kathryn C. Ferguson

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR
CERTIFICATION OF DEFAULT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 18, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Barclay S Rogers
Louise Rogers
    Debtors

Case No. 14-19424-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 18, 2016
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.
db/jdb     +Barclay S Rogers,   Louise Rogers,   41 Oak Lane,   Trenton, NJ 08618-4001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Andrew L. Spivack    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Thomas S. Onder    on behalf of Debtor Barclay S Rogers tonder@stark-stark.com
        Thomas S. Onder    on behalf of Joint Debtor Louise   Rogers tonder@stark-stark.com
    TOTAL: 7